THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Giles Page, Respondent,
v.
South Carolina Department of Transportation, Appellant.
 
 
 

Appeal From Florence County
 B. Hicks Harwell, Jr., Circuit Court Judge

Memorandum Opinion No.   2006-MO-016
Heard April 4, 2006  Filed May 1, 2006

REVERSED

 
 
 
Natalie Jean Moore, of S.C. Department of Transportation., of Columbia, for Appellant.
Steve Wukela, Jr., of Wukela Law Firm, of Florence, for Respondent.
 
 
 

PER CURIAM:  The circuit courts decision is reversed, and the decision of the State Employee Grievance Committee is reinstated, pursuant to Rule 220(b), SCACR, and the following authority: S.C. Code Ann. § 1-23-380(A)(6) (2005) (providing that [t]he court shall not substitute its judgment for that of the agency as to the weight of the evidence on questions of fact and that the court shall affirm the agencys decision if supported by substantial evidence in the record).
 REVERSED.
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.